IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GARY GRAY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF NOTRE DAME DU LAC and NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>*Defendants*. | Case No.: 1:16-cv-2638 |

## ATTACHMENT TO CIVIL COVER SHEET

VIII. RELATED CASE(S) IF ANY:

| **Case No.:** | **Presiding Judge:** |
|---|---|
| No. 1:16-cv-07325 | Judge John Z. Lee |
| No. 1:16-cv-07324 | Judge John Z. Lee |
| No. 1:16-cv-07323 | Judge John Z. Lee |
| No. 1:16-cv-5270 | Judge John Z. Lee |
| No. 1:16-cv-07321 | Judge John Z. Lee |
| No. 1:16-cv-07320 | Judge John Z. Lee |
| No. 1:16-cv-07322 | Judge John Z. Lee |
| No. 1:16-cv-07326 | Judge John Z. Lee |
| No. 1:16-cv-05986 | Judge John Z. Lee |
| No. 1:16-cv-05988 | Judge John Z. Lee |
| No. 1:16-cv-8582 | Judge John Z. Lee |
| No. 1:16-cv-8579 | Judge John Z. Lee |
| No. 1:16-cv-8581 | Judge John Z. Lee |

2

| **Case No.:** | **Presiding Judge:** |
|---|---|
| No. 1:16-cv-8584 | Judge John Z. Lee |
| No. 1:16-cv-8583 | Judge John Z. Lee |
| No. 1:16-cv-02342 | Judge William T. Lawrence |
| No. 1:16-cv-02333 | Judge William T. Lawrence |
| No. 1:16-cv-02334 | Judge William T. Lawrence |
| No. 1:16-cv-02336 | Judge Jane Magnus-Stinson |
| No. 1:16-cv-02337 | Judge Tanya Walton Pratt |
| No. 1:16-cv-02339 | Judge Tanya Walton Pratt |
| No. 1:16-cv-02341 | Judge Tanya Walton Pratt |
| No. 3:16-cv-05056 | Magistrate Judge Joseph C. Spero |
| No. 1:16-cv-02358 | Judge Larry J. McKinney |
| No. 1:16-cv-02595 | Judge Sarah Evans Barker |
| No. 1:16-cv-2622 | Judge Jane Magnus-Stinson |
| No. 1:16-cv-02629 | Judge Tanya Walton Pratt |
| No. 1:16-cv-02632 | Judge Jane Magnus-Stinson |
| No. 1:16-cv-02631 | Judge Richard L. Young |